UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA COHEN TUDOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 22-cv-01113-HSG<br><br>**SECOND AMENDED SCHEDULING ORDER** |

Having considered the parties' proposals, *see* Dkt. No. 26, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | April 11, 2024 |
| Exchange of Opening Expert Reports | May 10, 2024 |
| Exchange of Rebuttal Expert Reports | June 17, 2024 |
| Close of Expert Discovery | July 1, 2024 |
| Dispositive Motion Hearing Deadline | May 23, 2024, at 2:00 p.m. |
| Pretrial Conference | July 30, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | August 19, 2024, at 8:30 a.m. |

//
//
//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order **TERMINATES** the parties' stipulation and proposed order to revise the scheduling order, Dkt. No. 26.

**IT IS SO ORDERED.**

Dated: 8/22/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge