UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA COHEN TUDOR,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>        Defendant. | Case No. 22-cv-01113-RFL<br><br>**ORDER SETTING CASE SCHEDULE**<br><br>Re: Dkt. No. 47 |

Pursuant to the Parties' stipulation, the case schedule is as follows:

| | | |
|---|---|---|
| 1. | Close of Fact Discovery | July 25, 2025 |
| 2. | Exchange of Expert Reports | August 19, 2025 |
| 3. | Exchange of Rebuttal Expert Reports | September 23, 2025 |
| 4. | Dispositive Motion Filing Deadline | October 14, 2025 |
| 5. | Dispositive Motion Hearing | November 18, 2025 |
| 5. | Close of Expert Discovery | October 21, 2025 |
| 6. | Pretrial Conference | March 3, 2026 |
| 7. | Jury Trial | March 30, 2026 |

The Court does not anticipate granting any further extensions, absent extraordinary circumstances.

    **IT IS SO ORDERED.**

Dated: April 1, 2025

                                                     RITA F. LIN<br>                                                     United States District Judge