UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA COHEN TUDOR,<br><br>       Plaintiff,<br><br>   v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>       Defendant. | Case No. 22-cv-01113-RFL<br><br>**ORDER GRANTING STIPULATION TO PARTIALLY MODIFY THE SCHEDULING ORDER**<br><br>Re: Dkt. No. 53 |

Pursuant to the Parties' stipulation, the Scheduling Order is modified as follows:

1. Fact discovery cutoff: October 12, 2025 (currently September 25, 2025)

2. Initial Expert Reports: October 29, 2025 (currently October 17, 2025)

3. Rebuttal Expert Reports: November 21, 2025 (unchanged)

4. Dispositive Motions: December 12, 2025 (unchanged)

5. Close of Expert Discovery: January 16, 2026 (unchanged)

6. Dispositive Motion Hearing: January 20, 2026 (unchanged)

7. Pretrial Conference: March 17, 2026 (unchanged)

8. Jury Selection/Jury Trial: April 13, 2026 (unchanged)

**IT IS SO ORDERED.**

Dated: July 25, 2025

RITA F. LIN
United States District Judge