BRUCE M. COHEN (SBN 084318)
bcohen@bmcalaw.com
JULIA MACHAI COHEN (SBN 252417)
jvmcohen@bmcalaw.com
BMCA LAW GROUP, A P.C.
11693 San Vicente Blvd., Suite 804
Los Angeles, CA 90049
Telephone: (424) 287-5400
Facsimile: (424) 287-5401

Attorneys for Plaintiff
DEBRA COHEN TUDOR

STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesscott.com
HAYES SCOTT BONINO
ELLINGSON & GUSLANI LLP
333 Twin Dolphin Drive, Suite 230
Redwood City, CA 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-9101

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBRA COHEN TUDOR, | CASE NO.  4:22-cv-01113-RFL |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER** |
| vs. | |
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff Debra Cohen Tudor and defendant State Farm General Insurance Company (the "Parties") submit the following stipulation to revise the Court's scheduling order as modified.

2403566

- 1 -

## **RECITALS**

1. WHEREAS, on March 19, 2026, the Court entered an order granting the Parties' stipulation to modify the case schedule as modified by the Court (Dkt. No. 79), with Last Day to Notice Depositions scheduled for May 8, 2026, and Fact Discovery scheduled to close on June 9, 2026;

2. WHEREAS, since entry of the March 19, 2026 order, Plaintiff has diligently pursued completion of discovery from Defendant State Farm General Insurance Company, including written discovery and depositions;

3. WHEREAS, despite those efforts, fact discovery remains ongoing, with multiple significant discovery disputes remaining to be resolved and then correspondingly addressed, and thus additional time is needed to complete discovery beyond the current schedule's deadlines;

4. WHEREAS, two joint discovery letters concerning Rule 30(b)(6) deposition topics were submitted to Magistrate Judge Kang on April 13, 2026 (Dkt. No. 82) and April 21, 2026 (Dkt. No. 83), and those matters remain pending;

5. WHEREAS, in addition to the two letters currently pending before Judge Kang, three additional joint discovery letters are being prepared for submission to the Court. Plaintiff provided State Farm with her portions of those letters as follows: (1) a letter concerning Defendant's responses to Plaintiff's Requests for Production was provided on April 20, 2026, with a slightly revised version provided April 23, 2026; (2) a letter concerning Plaintiff's request to compel the depositions of Messrs. Kirby and Weiss was provided on April 20, 2026, with a slightly revised version provided April 23, 2026; and (3) a letter concerning Defendant's responses to Plaintiff's Interrogatories was provided on April 21, 2026, with a slightly revised version provided April 23, 2026. State Farm has not yet provided its portions of any of these three letters;

6. WHEREAS, Plaintiff is also awaiting Defendant's response to Plaintiff's request for identifying and contact information for at least three individuals involved with Plaintiff's claim who were referenced for the first time in instant messages produced by

- 2 -

Defendant on February 25, 2026, and whose identities were not apparent from that production. These individuals were not previously referenced by any of State Farm's prior discovery production nor by State Farm's Rule 26(a)(1)(A)(i) initial disclosures Witness list, which State Farm has never updated;

7.  WHEREAS, the Parties agree that the schedule should be modified by approximately three months to allow sufficient time for identification of witnesses, noticing depositions of witnesses, and completion of outstanding fact discovery; downstream deadlines should be modified accordingly.

## II.
## STIPULATION

The Parties hereby stipulate to the following revisions to the Court's Scheduling Order:

| | | |
|---|---|---|
| 1. | Last Day to Notice Depositions: | August 10, 2026 (currently May 8, 2026) |
| 2. | Fact discovery cutoff: | September 9, 2026 (currently June 9, 2026) |
| 3. | Initial Expert Reports: | October 15, 2026 (currently July 15, 2026) |
| 4. | Rebuttal Expert Reports: | November 10, 2026 (currently August 10, 2026) |
| 5. | Close of Expert Discovery: | December 8, 2026 (currently September 8, 2026) |
| 6. | Dispositive Motions due: | December 10, 2026 (currently September 10, 2026) |
| 7. | Dispositive Motion Hearing | January 19, 2027 (currently October 20, 2026) |
| 8. | Pretrial Conference | March 16, 2027 (currently December 15, 2026) |
| 9. | Jury Selection/Jury Trial | April 12, 2027 (currently January 11, 2027) |

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER
CASE NO. 4:22-cv-01113-RFL

Dated:  April 29, 2026                         BMCA LAW GROUP, A P.C.


By_____*/S/ Bruce M. Cohen*_____
                                                                    BRUCE M. COHEN
                                                                    JULIA MACHAI COHEN
                                                                    Attorneys for Plaintiff
                                                                    DEBRA COHEN TUDOR


Dated:  April 29, 2026                         HAYES SCOTT BONINO
                                                                    ELLINGSON & GUSLANI LLP


By_____*/S/ Stephen P. Ellingson*_____
                                                                    STEPHEN M. HAYES
                                                                    STEPHEN P. ELLINGSON
                                                                    JAMIE A. RADACK
                                                                    Attorneys for Defendant
                                                                    STATE FARM GENERAL INSURANCE COMPANY

- 4 -

**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY THE SCHEDULING ORDER**
**CASE NO. 4:22-cv-01113-RFL**

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

Pursuant to the Parties' stipulation, the Scheduling Order is modified as follows:

| | | | |
|---|---|---|---|
| 1. | Last Day to Notice Depositions: | | August 10, 2026 (currently May 8, 2026) |
| 2. | Fact discovery cutoff: | | September 9, 2026 (currently June 9, 2026) |
| 3. | Initial Expert Reports: | | October 15, 2026 (currently July 15, 2026) |
| 4. | Rebuttal Expert Reports: | | November 10, 2026 (currently August 10, 2026) |
| 5. | Close of Expert Discovery: | | December 8, 2026 (currently September 8, 2026) |
| 6. | Dispositive Motions due: | | December 10, 2026 (currently September 10, 2026) |
| 7. | Dispositive Motion Hearing | | January 19, 2027 (currently October 20, 2026) |
| 8. | Pretrial Conference | | March 16, 2027 (currently December 15, 2026) |
| 9. | Jury Selection/Jury Trial | | April 12, 2027 (currently January 11, 2027) |

**No further extensions will be granted due to the length of time during which this case has been pending.**

Dated: __**April 30**__, 2026

_____
RITA F. LIN
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY THE SCHEDULING ORDER
CASE NO. 4:22-cv-01113-RFL**