SANDRA E. STONE (SBN 161267)
sstone@plawp.com
PACIFIC LAW PARTNERS, LLP
2000 Powell St., Suite 950
Emeryville, CA 94608
Tel: (510) 841-7777
Fax: (510) 841-7776

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA COHEN TUDOR,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 3:22-cv-01113-RFL<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR CLARIFICATION**<br><br>[Filed Concurrently with State Farm's Response to Plaintiff's Administrative Motion for Clarification] |

/ / /

/ / /

/ / /

/ / /

/ / /

The Court having reviewed Plaintiff's Administrative Motion for Clarification [Dkt. 157] and State Farm's Response thereto, and for good cause shown the Court ORDERS as follows:

Plaintiff's Administrative Motion for Clarification is DENIED.

IT IS SO ORDERED.

Dated: _______________, 2026

_______________________________
HON. PETER H. KANG
United States Magistrate Judge